**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Alicia.gonzalez@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2862*
*fax: (973) 297-2010*

*Alicia Gonzalez*
*Special Assistant United States Attorney*

September 10, 2026

**Via ECF**
Honorable Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Blanco Lugo v. Blanche,* No. 26-11490 (RK)**
**Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office of Petitioner's release from custody at approximately 6:10 p.m. on September 4, 2026. Respondents apologize to the Court and Petitioner for submitting this confirmation letter after the Court's deadline, and respectfully request that the Court accept this letter *nunc pro tunc.*

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Alicia Gonzalez*
ALICIA GONZALEZ
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc: Counsel of record (via ECF)

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** September 10, 2026